# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CAMILLE WILLIAMS HERRON, BRADLEY DOLEMAN, JOHN LOMBARDI, and RYAN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON PETROLEUM COMPANY, LP, the BOARD OF DIRECTORS OF MARATHON PETROLEUM COMPANY, the MARATHON PETROLEUM COMPANY SAVINGS PLAN INVESTMENT COMMITTEE, and JOHN DOES 1-25,<br><br>Defendants. | No. 21-cv-2418<br><br>Hon. Jeffrey J. Helmick<br><br><br><br><br><br><br><br><br>So Ordered.<br><br>s/ Jeffrey J. Helmick<br>United States District Judge |

## STIPULATION OF DISMISSAL

Plaintiffs Camille Williams Herron, Bradley Doleman, John Lombardi, and Ryan Miller, together with Defendants Marathon Petroleum Company LP (misnamed in the Complaint as Marathon Petroleum Company, LP), the Investment Committee for the Marathon Petroleum Thrift Plan (misnamed in the Complaint as the Marathon Petroleum Company Savings Plan Investment Committee), and the Board of Directors of Marathon Petroleum Corporation (misnamed in the Complaint as Marathon Petroleum Company), hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiffs' claims without prejudice and without costs.

Dated: July 15, 2022

ROSCA SCARLATO LLC

*/s/ Alan L. Rosca*

Alan L. Rosca
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: 484-342-0700
arosca@rscounsel.law

EDELSON LECHTZIN LLP
Eric Lechtzin
Marc H. Edelson
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

CAPOZZI ADLER, P.C.
Mark K. Gyandoh
312 Old Lancaster Road
Merion Station, PA 19066
(610) 890-0200
markg@capozziadler.com

Donald R. Reavey
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101
donr@capozziadler.com

*Counsel for Plaintiffs*

By: */s/ Eric S. Mattson*

Thomas P. Dillon
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH
(419) 321-1339
tdillon@shumaker.com

Eric S. Mattson
Rebecca M. Lewis
Sidley Austin LLP

2

One South Dearborn St.
Chicago, IL 60603
(312) 853-7000
emattson@sidley.com
rebecca.lewis@sidley.com

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/ Eric S. Mattson*

279571446v.1